AO 451 (Rev. 12/93) Certification of Judgment

ORIGINAL

# UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII        mc    0 6 -    1 4 1

THOMAS J. FLATLEY, Plaintiff

**CERTIFICATION OF JUDGMENT FOR
REGISTRATION IN ANOTHER DISTRICT**

v.

TIMESHARE BEAT, INC., ROD HACKMAN,
and ANDREA HACKMAN, Defendants

CASE NUMBER:    02-cv-00838

I, Sue Beitia, Clerk of the United States district court certify that the attached judgment is a true and correct copy
of the original judgment entered in this action on _  **Nov. 14, 2005**  ▢ as it appears in the records of this court, and that
                                                        date

no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of
the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court

**JUN 2 8 2006**

_____
Date

Sue Beitia
_____
Clerk

_____
(By) Deputy Clerk

*Insert the appropriate language: . . ."no notice of appeal from this judgment has been filed, and no motion of any kind listed
in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." . . . "no notice of appeal from this judgment has
been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been
disposed of, the latest order disposing of such a motion having been entered on [date]." . . ."an appeal was taken from this
judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . ."an appeal was taken
from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App.P., are motions: for judgment notwithstanding the verdict; to amend or
make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice
of appeal.)

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J. FLATLEY | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | Case: CV 02-00838SPK-LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| | November 14, 2005 |
| TIMESHARE BEAT, INC., ET AL. | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[  ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that sanctions be entered against Defendants Timeshare Beat, Inc. in the form of judgment in favor of Plaintiff Thomas J. Flatley in the amount of $58,000.00 for compensatory damages, and $100,000.00 for punitive damages, and an award of attorney's fees in the amount of $14,424.20 and costs in the amount of $24.32, pursuant to the "Order Adopting Magistrate's Findings and Recommendation that Judgment Be Entered Against Defendants" filed on November 10, 2005 and pursuant to the "Findings and Recommendation that Judgment Be Entered Against Defendants" filed on September 30, 2005.

cc: all counsel of record

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By

| | |
|---|---|
| November 14, 2005 | SUE BEITIA |
| Date | Clerk |
| | (By) Deputy Clerk |