

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASTB, LLC, a Delaware Limited Liability Company, | ) ) ) |
| Plaintiff | ) ) mc ) ~~Civil~~ Action No.  0 6 -  1 4 1 |
| v. | ) ) |
| TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., | ) ) ) ) ) ) |
| Defendants. | |

**MOTION BY PLAINTIFF TO AMEND CAPTION OF THIS ACTION**

Plaintiff Thomas J. Flatley, by and through his undersigned attorney, hereby moves this Honorable Court to amend the caption in this matter. In support of this motion, Plaintiff alleges as follows:

1.  Final Judgment was entered by the United States District Court for the district of Hawaii in favor of the Plaintiff Thomas J. Flatley and against defendants TIMESHARE BEAT, INC., ROD HACKMAN, and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., on November 14, 2005. A copy of the final judgment is attached and marked as Exhibit "A" and incorporated by reference.

2.  On June 24, 2006, the Plaintiff, by and through his counsel in Hawaii, Arnold P. Phillps II, Esquire, filed an Acknowledgement of Assignment of Judgment in the United States District Court for the District of Hawaii. A copy of the Acknowledgement of Assignment of Judgment is attached and marked as exhibit "B."

3.  On July 24, 2006, Plaintiff registered the Judgment in this Court by filing a

Registration of Foreign Judgment.

4. By reason of the assignment of the final judgment, as evidenced by the Acknowledgment of Assignment of Judgment, JASTB, LLC, a Delaware Limited Liability Company, is the assignee and holder of the final judgment.

5. Because JASTB, LLC is the assignee and holder of the final judgment, the Plaintiff hereby moves to amend the caption in this matter in order to substitute JASTB, LLC, a Delaware Limited Liability Company as Plaintiff in place of Thomas J. Flatley.

Wherefore, Plaintiff hereby moves for the amendment of the caption in this matter, and that the Court grant such other relief as it deems just.

Dated: July 24, 2006

Jeffrey P. Bryman
Tupitza & Bryman, P.C.
212 West Gay Street
West Chester, PA 19380
(610) 696-2600
Attorney for Plaintiff, Thomas J. Flatley

LODGED

NOV 14 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| THOMAS J. FLATLEY, | ) | CIVIL NO. 02-00838 SPK-LEK |
| Plaintiff, | ) | |
| vs. | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| THE TIMESHARE BEAT, INC., a/k/a TIMESHARE BEAT, INC., RODNEY HACKMAN, individually and as officer of The Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer | ) | NOV 1 4 2005 at 3 o'clock and 10 min. P M SUE BEITIA, CLERK |
| Defendants. | ) | |

## FINAL JUDGMENT

This Court, having entered default judgment against Defendants, The Timeshare Beat, Inc., a/k/a Timeshare Beat, Inc., Rodney Hackman, individually and as an officer of The Timeshare Beat, Inc., and Andrea Hackman, individually and as an officer of The Timeshare Beat, Inc. (collectively "Defendants"), directed a hearing to be held before United States Magistrate Judge Leslie E. Kobayashi to determine the amount of damages to be awarded Plaintiff, Thomas J. Flatley. In addition, this Court has previously ordered Defendants to pay two monetary sanction orders which have not been paid. This Final Judgment will consolidate all outstanding monetary orders and judgments into one.

The issues have been duly heard and a decision which has been recommended by Magistrate Judge Kobayashi was adopted by this Court on November 10, 2005.

***THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED*** that a Final Judgment, incorporating and consolidating the judgment and sanction orders as stated in paragraphs 1 through 3 above, shall be entered in favor of Plaintiff Thomas J. Flatley and against Defendants, The Timeshare Beat, Inc., a/k/a Timeshare Beat, Inc., Rodney Hackman, individually and as an officer of The Timeshare Beat, Inc. and Andrea Hackman, individually and as an officer of The Timeshare Beat, Inc., jointly and severally, in the total amount of *Two Hundred Fifteen Thousand Eight Hundred Forty-Four Dollars and Sixty-One Cents ($215,844.61)*, with interest at the rate of six percent (6%) per annum, from the date hereof.[1]

Dated at Honolulu, Hawaii, this 14th day of November, 2005.

SAMUEL P. KING
Samuel P. King
Senior United States District Judge

---

[1] This final judgment was derived by adding together the sums awarded below:
1. By order of November 10, 2005, Defendants were ordered to jointly and severally pay to Plaintiff Thomas J. Flatley, the sum of One Hundred Seventy-Two Thousand Four Hundred Forty-Eight Dollars and Fifty-Two Cents ($172,448.52), with interest thereon at the rate of six percent (6%) as provided by law, and his costs of action;
2. the monetary sanction entered by this Court on November 26, 2003 is incorporated into this Final Judgment and Defendants, jointly and/or severally, shall pay to Plaintiff Thomas J. Flatley, the additional sum of Twenty-Five Thousand One Hundred Fifty Dollars and Eighty-Seven Cents ($25,150.87) constituting the sanction of $22,659.00 plus 6% interest from November 26, 2003;
3. the monetary sanction entered by this Court on November 17, 2004 is incorporated into this Final Judgment and that Defendants, jointly and/or severally, shall pay to Plaintiff Thomas J. Flatley, the addition sum of Eighteen Thousand Two Hundred Forty-Five Dollars and Twenty-Two Cents ($18,245.22) which constitutes the sanction of $17,187.00 plus interest at 6% from November 17, 2004.

Arnold T. Phillips, II, Esquire
Law Offices Arnold T. Phillips, II
1188 Bishop St Ste 3003
Honolulu, HI 96813
808-528-3911

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J. FLATLEY, | ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT |
| Plaintiff, | |
| vs. | CIVIL NO. 02-00838SPK-LEK |
| TIMESHARE BEAT, INC., ET AL., | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| Defendants | |

1. Final Judgment was entered in this action in favor of the Plaintiff, Thomas J. Flatley ("Judgment Creditor") and against the Defendants, Timeshare Beat, Inc., Rod Hackman and Andrea Hackman ("Judgment Debtors"), on November 14, 2005.

2. Judgment Creditor is represented in this action by Neil A. Morris, Esquire, Neil A. Morris, Esquire, Mellon Bank Center, 1735 Market St 43rd Floor, Philadelphia, PA 19103 and Arnold T. Phillips, II, Esquire, Law Office Of Arnold T. Phillips, Century Square Suite 3003, 1188 Bishop Street, Suite 3003, Honolulu, Hawaii 96813.

3. The address of the Judgment Debtors, according to the Court's docket entries for this action, is 1777 Ala Moana Blvd Suite 107 # 90, Honolulu Hawaii 96815.

4. The Judgment Creditor acknowledges that he has assigned his rights, title and interest in the judgment for purposes of collection to JATSB, LLC, 212 West Gay Street, West Chester, PA 19382, subject to the terms and conditions set out in the written agreement executed by the parties on April 4, 2006.

Dated: 6/6/06 , 2006

_____
Judgment Creditor



Respectfully submitted.

Arnold T. Phillips, II, Esquire
Law Offices Arnold T. Phillips, II
1188 Bishop St Ste 3005
Honolulu, HI 96813
(808) 526-1911

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASTB, LLC, a Delaware Limited Liability Company, ) ) ) Plaintiff ) ) ) v. ) ) TIMESHARE BEAT, INC., ROD HACKMAN, ) individually and as an officer of Timeshare ) Beat, Inc. and ANDREA HACKMAN, ) individually and as an officer of Timeshare ) Beat, Inc., ) ) Defendants. | Civil Action No. |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Plaintiff's motion to Amend the Caption, it is hereby ORDERED THAT THE MOTION IS GRANTED AND THAT THE STYLE OF THIS CASE HEREBY IS AMENDED TO READ AS FOLLOWS: "JASTB, LLC, a Delaware Limited Liability Company, Plaintiff, the TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., Defendants.

_____
United States District Judge