IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASTB, LLC, a Delaware Limited Liability Company, | ) ) ) | |
| Plaintiff | ) ) | mc ~~Civil~~ Action No. 0 6 - 1 4 1 |
| v. | ) ) | |
| TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., | ) ) ) ) ) ) | |
| Defendants. | | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned, Jeffrey P. Bryman, Esquire of Tupitza & Bryman, P.C., 212 West Gay Street, West Chester, Pennsylvania, 19380, moves for admission pro hac vice to represent Plaintiff, Thomas J. Flatley, in this matter.

Dated: July 24, 2006

Jeffrey P. Bryman
Tupitza & Bryman, P.C.
212 West Gay Street
West Chester, PA 19380
(610) 696-2600
Attorney for Plaintiff, Thomas J. Flatley

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2006     _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct on my part that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: July 24, 2006

Jeffrey P. Bryman
Tupitza & Bryman, P.C.
212 West Gay Street
West Chester, PA 19380