**TUPITZA & BRYMAN, P.C.**

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
212 WEST GAY STREET
WEST CHESTER, PENNSYLVANIA 19380

JAMES S. TUPITZA  
JEFFREY P. BRYMAN

(610) 696-2600  
FAX (610) 344-7199

OF COUNSEL  
RONALD W. MARINELLI

DEBORAH A. WOODALL, PARALEGAL

July 28, 2006

Peter T. Dalleo
Office of the Clerk, United States District Court
District of Delaware
Lock Box 18
844 King Street
U.S. Courthouse
Wilmington, DE 19801

  **RE: Flatley v. Timeshare Beat, Inc. et al**
    **MC 06-141**

Dear Mr. Dalleo:

  Thank you for your letter dated July 26, 2006. I represent the Plaintiff in the above- captioned matter, as well as JATSB, LLC, which is the assignee of the Judgment. The above-reference matter is a miscellaneous case in which the Judgment, which initially was entered by the U.S. District Court for the District of Hawaii, has been registered in the District of Delaware.

  After receiving your letter, I called the court and spoke with Dot and let her know that I initially was told that in this particular miscellaneous action, which will involve the filing of garnishments against Delaware Entities upon a District of Hawaii Judgment that has been registered in the District of Delaware, local counsel would not be required unless one or more of the garnishments is contested. Dot checked and then called me back and advised me that we would not need to engage local counsel unless a garnishment is contested.

  Thank you for your attention and assistance and please pass on my thanks to Dot.

Very truly yours,

*Jeffrey P. Bryman*

Jeffrey P. Bryman

JPB/bjl

TUPITZA & BRYMAN, P.C.
212 WEST GAY STREET
WEST CHESTER, PENNSYLVANIA 19380

SOUTHEASTERN PA 193
31 JUL 2006 PM 2 L

$0.390
US POSTAGE
FIRST-CLASS
062S0005877035
49380

Peter T. Dalleo
Office of the Clerk, United States District Court
District of Delaware
Lock Box 18
844 King Street
U.S. Courthouse
Wilmington, DE 19801