IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASTB, LLC, a Delaware Limited Liability Company, | ) ) ) |
| Plaintiff | ) ) Civil Action No. mc 06-141 |
| v. | ) ) |
| TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., | ) ) ) ) ) ) |
| Defendants. | |

**ORDER**

AND NOW, this 10th day of Aug., 2006, upon consideration of the Plaintiff's motion to Amend the Caption, it is hereby ORDERED THAT THE MOTION IS GRANTED AND THAT THE STYLE OF THIS CASE HEREBY IS AMENDED TO READ AS FOLLOWS: "JASTB, LLC, a Delaware Limited Liability Company, Plaintiff, the TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., Defendants.

_____
United States District Judge