

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASTB, LLC, a Delaware Limited Liability Company, | ) ) ) ) | |
| Plaintiff | ) ) | MC 06-141. |
| v. | ) ) | |
| TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., | ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER GRANTING LIMITED ADMISSION PRO HAC VICE

It is hereby ORDERED that counsel's motion for admission **pro hac vice** filed on July 25, 2006 is GRANTED, for the limited purpose of filing papers in the above-captioned Miscellaneous Action to enforce the judgment against the Defendants that was registered in this Court on July 25, 2006 (the "Judgment"), including writs of garnishment against Delaware parties or parties that may be served in Delaware in aid of collection of the Judgment.

If a garnishee contests a garnishment against such garnishee, then counsel shall engage local counsel for the contest within 30 days of receiving notice of the contest.

Dated: Aug. 28, 2006

_____
United States District Judge