IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASTB, LLC, a Delaware Limited Liability Company, )<br><br>Plaintiff )<br><br>v. )<br><br>TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., )<br><br>Defendants. ) | Civil Action No. 06-mc-141-KAJ |

**ORDER**

AND NOW, this 15th day of Sept., 2006, upon consideration of the Plaintiff's Ex Parte Motion for Issuance of Garnishee Summons, it is hereby ORDERED that the Motion is Granted and that the Garnishee Summons be issued to the Garnishees identified in the Motion, that is Global Hyatt Corporation, Shell Vacations L.L.C., Fairfield Resorts, Inc. and Starwood Hotels & Resorts.

_____
United States District Judge