IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASTB, LLC, a Delaware Limited Liability Company,<br><br>          Plaintiff<br><br>v.<br><br>TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc.,<br><br>          Defendants. | No. 06-mc-141-KAJ |

## GARNISHEE SUMMONS

TO: ANY OFFICER IN DELAWARE AUTHORIZED TO MAKE SERVICE

You are commanded to serve and leave a true and attested copy of this Summons and Order with the above-named Garnishee at the following address:

Global Hyatt Corporation
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808 [1]



---

[1] The name and registered agent's address of each respective Garnishee will appear here.

You, As Garnishee, are hereby SUMMONED and required to appear personally before the Honorable Kent A. Jordan, U.S. District Court of Delaware, in Courtroom 6A, in the J. Caleb Boggs Federal Building, 844 King Street Wilmington, Delaware 19801, at 9:30 (a.m./p.m., on October 20, 2006.

**OR, ALTERNATIVELY,** you are ORDERED to file a written disclosure in the above entitled Court, and serve a copy on the Plaintiff's counsel within twenty (20) days after service of this Summons upon you, exclusive of the date of service.

**If you choose to file a disclosure instead of appearing, then your disclosure must be made under Oath, and it must meet the requirements set forth below.**

Hereinafter, the word "Defendant" shall refer to any one of the following: **TIMESHARE BEAT, INC., ROD HACKMAN, individually and/or as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and/or as an officer of Timeshare Beat, Inc.**

Hereinafter, the word "Defendants" shall refer to all of the following: **TIMESHARE BEAT, INC., ROD HACKMAN, individually and/or as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and/or as an officer of Timeshare Beat, Inc.**

If you possess, or at or since the time of service of this Garnishee Summons upon you, you possessed, any monies, funds, wages, fees, income, rent, dividends, interest, charges, goods, stocks, bonds, or other property or effects that, directly or indirectly, belong to the Defendants or any of them, then your disclosure must state the nature, amount and value thereof, and your are HEREBY ORERED to hold and secure therefrom, and from any of the same that come into your possession after service of this Summons, and until further order by this Court, an amount of

money, which shall not exceed the unpaid principal amount of the Judgment and interest accrued thereon, in favor of Plaintiff, JASTB, LLC, a Delaware Limited Liability Company.

If you are, or on or at any time since the date of service of this Garnishee Summons were, indebted to the Defendants or any of them, for any fees, wages, income, rent, dividends, interest, charges, or otherwise, and, if so, then your disclosure must state the nature, amount and value thereof, and your are HEREBY ORERED to hold and secure from the amount owed, and from any amount for which you become indebted to any of them after service of this Summons, until further order by this Court, an amount of money, which shall not exceed the unpaid principal amount of the Judgment and interest accrued thereon, in favor of Plaintiff, JASTB, LLC, a Delaware Limited Liability Company.

If your debt to either of the individual Defendants is for wages, then in accordance with 10 Del. Code. Section 4913, eighty-five percent (85%) of the amount of the wages are exempt from garnishment, if such Defendant resided in the State of Delaware at the time he or she performed the labor or services for which the wages are owed.

As of September 9, 2006, the unpaid amount of the Judgment including interest, but excluding costs, is the sum of $152,089.05,[2] excluding costs.

See GARNISHEE INFORMATION, attached hereto, for applicable restrictions.

DATED: This __15th__ day of __Sept.__, 2006, Wilmington, Delaware.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

[2] The current amount with interest at the time the Summons is delivered to the United States Marshall will appear here.

## GARNISHEE INFORMATION

<u>MAKING A DISCLOSURE</u>: A DISCLOSURE is a Statement by you as to whether you possess any money, funds, wages, fees, income, rent, dividends, interest, charges, goods, stocks, bonds, or other property or effects that is due to the DEFENDANTS, or any of the DEFENDANTS, that can be garnished. This can be done by filing with the Court and sending to the Plaintiff's attorney, a Statement indicating the same.

<u>FINAL PAYMENT</u>: Prior to making the final payment of any monies that you might owe to any of the DEFENDANTS, you should contact the Plaintiff's attorney in order to obtain the final payoff amount.

<u>AMERICANS WITH DISABILITIES ACT</u>: In accordance with the Americans with Disabilities Act if you require an accommodation or assistance, please contact the District Court Administration Office at 302-573-6176 at least ten (10) working days in advance of your hearing or appointment date.