**TUPITZA & BRYMAN, P.C.**

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
212 WEST GAY STREET
WEST CHESTER, PENNSYLVANIA 19380

| | | |
|---|---|---|
| JAMES S. TUPITZA | (610) 696-2600 | OF COUNSEL |
| JEFFREY P. BRYMAN | FAX (610) 344-7199 | RONALD W. MARINELLI |

DEBORAH A. WOODALL, PARALEGAL

September 20, 2006

Honorable Kent A. Jordan
844 North King Street, Lockbox 10
Wilmington, DE 19801

    Re:    JASTB, LLC vs. The TimeshareBeat, et. al
            Miscellaneous Action No. 06-141

Dear Judge Jordan:

    I am including this cover letter with the enclosed Motion to Amend the Caption, at the suggestion of the Courtroom Deputy.

    On September 15, 2006, your Honor approved the issuance of Garnishee Summonses to four Garnishees. After receiving the Order, I realized that the Plaintiff's name is misspelled. The enclosed motion requests that the Plaintiff's name be corrected, and that the Garnishee Summonses be corrected. Corrected Garnishee Summonses for the four parties upon whom your Honor authorized the issuance of the Garnishee Summonses are attached as exhibits to the Motion.

    The Plaintiff respectfully requests that the hearings be heard during the same sessions and that date be set for approximately 30 days after the Court signs the Summonses, in order to allow time for us to serve the Garnishments and give the Garnishees at least 20 days notice.

    Thank you for your attention and assistance.

Very truly yours,

*Jeffrey P. Bryman*
Jeffrey P. Bryman

JPB/sft
Enclosures

RECEIVED SEP 20 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE