**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

_____

JASTB, LLC, a Delaware Limited Liability    )
Company,    )
    )
        Plaintiff    )
    )    Civil  Action No. 06-mc-141-KAJ
        v.    )
    )
TIMESHARE BEAT, INC., ROD HACKMAN,    )
individually and as an officer of Timeshare    )
Beat, Inc. and ANDREA HACKMAN,    )
individually and as an officer of Timeshare    )
Beat, Inc.,    )

        Defendants.

_____

## EX PARTE MOTION BY PLAINTIFF TO AMEND CAPTION OF THIS ACTION

Plaintiff, by and through his undersigned attorney, hereby moves this Honorable Court to amend the caption in this matter.  In support of this motion, Plaintiff alleges as follows:

1.    On July 24, 2006, Plaintiff registered the Judgment in this Court by filing a Registration of Foreign Judgment.

2.    Plaintiff is the assignee and holder of the Final Judgment that was entered by the United States District Court for the district of Hawaii against the Defendants TIMESHARE BEAT, INC., ROD HACKMAN, and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., on November 14, 2005.

3.    On August 11, 2006, this Honorable Court granted the Plaintiff's Motion to Amend Caption in order to change the name of the Plaintiff to "JASTB, LLC," a

Delaware limited liability company.

4.      The actual name of the Plaintiff is "JATSB, LLC," not "JASTB, LLC."

5.      Because JATSB, LLC is the correct name of the Plaintiff, the Plaintiff hereby moves to amend the caption in this matter in order to change the name of the Plaintiff to JATSB, LLC.

6.      On September 15, 2006, the Court entered an Order authorizing the issuance of Garnishee Summonses against Global Hyatt Corporation, Shell Vacations L.L.C., Fairfield Resorts, Inc. and Starwood Hotels & Resorts.  A copy of this Order is attached and marked as Exhibit "A."

7.      Plaintiff requests that the Garnishee Summonses be corrected in order to reflect the correction of the Plaintiff's name.  The corrected summonses are attached and marked as Exhibit "B," and the Plaintiff respectfully requests that these be signed by the Court.

Wherefore, Plaintiff hereby moves for the amendment of the caption in this matter in order to correct the spelling of the Plaintiff's name and for leave to correct or amend the Garnishee Summonses, and that the Court grant such other relief as it deems just.

Dated:  <u>September 20, 2006</u>                         <u>S/ Jeffrey P. Bryman</u>
                                                        Jeffrey P. Bryman
                                                        Tupitza & Bryman, P.C.
                                                        212 West Gay Street
                                                        West Chester, PA  19380
                                                        (610) 696-2600
                                                        Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JASTB, LLC, a Delaware Limited Liability
Company,

              Plaintiff

v.

TIMESHARE BEAT, INC., ROD HACKMAN,
individually and as an officer of Timeshare Beat,
Inc. and ANDREA HACKMAN, individually and
as an officer of Timeshare Beat, Inc.,

              Defendants.

Civil Action No. 06-mc-141-KAJ

### O R D E R

AND NOW, this 15th day of Sept., 2006, upon consideration of the Plaintiff's Ex Parte Motion for Issuance of Garnishee Summons, it is hereby ORDERED that the Motion is Granted and that the Garnishee Summons be issued to the Garnishees identified in the Motion, that is Global Hyatt Corporation, Shell Vacations L.L.C., Fairfield Resorts, Inc. and Starwood Hotels & Resorts.

_____
United States District Judge

**EXHIBIT "B" Follows**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

JATSB, LLC, a Delaware Limited Liability )
Company, )
                                   )
               Plaintiff )
                                    )         No. 06-mc-141-KAJ
v. )
                                    )
TIMESHARE BEAT, INC., ROD HACKMAN, )
individually and as an officer of Timeshare Beat, )
Inc. and ANDREA HACKMAN, individually and )
as an officer of Timeshare Beat, Inc., )
                                    )
              Defendants.

## <u>GARNISHEE SUMMONS</u>

      TO:  ANY PERSON AUTHORIZED TO MAKE SERVICE

         You are commanded to serve and leave a true and attested copy of this Summons and

Order with the above-named Garnishee at the following address:

      Global Hyatt Corporation
      c/o Corporation Service Company
      2711 Centerville Road, Suite 400
      Wilmington, DE  19808

You, As Garnishee, are hereby SUMMONED and required to appear personally before the Honorable Kent A. Jordan, U.S. District Court of Delaware in Courtroom _____ in the J. Caleb Boggs Federal Building, 844 King Street Wilmington, Delaware 19801, at _____a.m. on _____, 2006.

**OR, ALTERNATIVELY**, you are ORDERED to file a written disclosure in the above entitled Court, and serve a copy on the Plaintiff's counsel within twenty (20) days after service of this Summons upon you, exclusive of the date of service.

**If you choose to file a disclosure instead of appearing, then your disclosure must be made under Oath, and it must meet the requirements set forth below.**

**Hereinafter, the word "Defendant" shall refer to any one of the following: TIMESHARE BEAT, INC., ROD HACKMAN, individually and/or as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and/or as an officer of Timeshare Beat, Inc.**

**Hereinafter, the word "Defendants" shall refer to all of the following: TIMESHARE BEAT, INC., ROD HACKMAN, individually and/or as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and/or as an officer of Timeshare Beat, Inc.**

If you possess, or at or since the time of service of this Garnishee Summons upon you, you possessed, any monies, funds, wages, fees, income, rent, dividends, interest, charges, goods, stocks, bonds, or other property or effects that, directly or indirectly, belong to the Defendants or any of them, then your disclosure must state the nature, amount and value thereof, and you are HEREBY ORERED to hold and secure therefrom, from the time of the service of this Summons, and until further order by this Court, and from any of the same that come into your possession

after service of this Summons, and until further notice of this Court, an amount of money, which shall not exceed the unpaid principal amount of the Judgment and interest accrued thereon, in favor of Plaintiff, JATSB, LLC, a Delaware Limited Liability Company.

If you are, or if at any time since the date of service of this Garnishee Summons, you were, indebted to the Defendants or any of them, for any fees, wages, income, rent, dividends, interest, charges, or otherwise, then your disclosure must state the nature, amount and value thereof, and your are HEREBY ORERED to hold and secure from the amount owed, and from any amount for which you become indebted to any of them after service of this Summons, until further order by this Court, an amount of money, which shall not exceed the unpaid principal amount of the Judgment and interest thereon, in favor of Plaintiff, JATSB, LLC, a Delaware Limited Liability Company.

If your debt to either of the individual Defendants is for wages, then in accordance with 10 Del. Code. Section 4913, eighty-five percent (85%) of the amount of the wages are exempt from garnishment, if such Defendant resided in the State of Delaware at the time he or she performed the labor or services for which the wages are owed.

As of September 9, 2006, the unpaid amount of the Judgment including interest, but excluding costs, is the sum of $152,089.05, excluding costs.  Plaintiff's counsel will provide an updated payoff upon request.

See GARNISHEE INFORMATION, attached hereto, for applicable restrictions.

DATED:  This _____ day of _____, 2006, Wilmington, Delaware.


BY THE COURT

_____

## GARNISHEE INFORMATION

<u>MAKING A DISCLOSURE</u>:  A DISCLOSURE is a Statement by you as to whether you have any money, funds, wages, fees, income, rent, dividends, interest, charges, goods, stocks, bonds, or other property or effects that is due to the DEFENDANTS, or any of the DEFENDANTS, that can be garnished.  This can be done by filing with the Court and sending to the Plaintiff's attorney, a Statement indicating the same.

<u>FINAL PAYMENT</u>:  Prior to making the final payment of any monies that you might owe to any of the DEFENDANTS, you should contact the Plaintiff's attorney in order to obtain the final payoff amount.

<u>AMERICANS WITH DISABILITIES ACT</u>:  In accordance with the Americans with Disabilities Act if you require an accommodation or assistance, please contact the District Court Administration Office at 302-573-6176 at least ten (10) working days in advance of your hearing or appointment date.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JATSB, LLC, a Delaware Limited Liability  )
Company,                                   )
                                           )
              Plaintiff                    )
                                           )         No. 06-mc-141-KAJ
v.                                         )
                                           )
TIMESHARE BEAT, INC., ROD HACKMAN,         )
individually and as an officer of Timeshare Beat,  )
Inc. and ANDREA HACKMAN, individually and  )
as an officer of Timeshare Beat, Inc.,     )
                                           )
              Defendants.

### <u>GARNISHEE SUMMONS</u>

TO:  ANY PERSON AUTHORIZED TO MAKE SERVICE

You are commanded to serve and leave a true and attested copy of this Summons and

Order with the above-named Garnishee at the following address:

> Shell Vacations L.L.C.
> c/o Lexis Document Services, Inc.
> 2711 Centerville Road, Suite 400
> Wilmington, DE  19808

You, As Garnishee, are hereby SUMMONED and required to appear personally before the Honorable Kent A. Jordan, U.S. District Court of Delaware in Courtroom _____ in the J. Caleb Boggs Federal Building, 844 King Street Wilmington, Delaware 19801, at _____a.m. on _____, 2006.

**OR, ALTERNATIVELY**, you are ORDERED to file a written disclosure in the above entitled Court, and serve a copy on the Plaintiff's counsel within twenty (20) days after service of this Summons upon you, exclusive of the date of service.

**If you choose to file a disclosure instead of appearing, then your disclosure must be made under Oath, and it must meet the requirements set forth below.**

**Hereinafter, the word "Defendant" shall refer to any one of the following: TIMESHARE BEAT, INC., ROD HACKMAN, individually and/or as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and/or as an officer of Timeshare Beat, Inc.**

**Hereinafter, the word "Defendants" shall refer to all of the following: TIMESHARE BEAT, INC., ROD HACKMAN, individually and/or as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and/or as an officer of Timeshare Beat, Inc.**

If you possess, or at or since the time of service of this Garnishee Summons upon you, you possessed, any monies, funds, wages, fees, income, rent, dividends, interest, charges, goods, stocks, bonds, or other property or effects that, directly or indirectly, belong to the Defendants or any of them, then your disclosure must state the nature, amount and value thereof, and you are HEREBY ORERED to hold and secure therefrom, from the time of the service of this Summons, and until further order by this Court, and from any of the same that come into your possession

after service of this Summons, and until further notice of this Court, an amount of money, which shall not exceed the unpaid principal amount of the Judgment and interest accrued thereon, in favor of Plaintiff, JATSB, LLC, a Delaware Limited Liability Company.

If you are, or if at any time since the date of service of this Garnishee Summons, you were, indebted to the Defendants or any of them, for any fees, wages, income, rent, dividends, interest, charges, or otherwise, then your disclosure must state the nature, amount and value thereof, and your are HEREBY ORERED to hold and secure from the amount owed, and from any amount for which you become indebted to any of them after service of this Summons, until further order by this Court, an amount of money, which shall not exceed the unpaid principal amount of the Judgment and interest thereon, in favor of Plaintiff, JATSB, LLC, a Delaware Limited Liability Company.

If your debt to either of the individual Defendants is for wages, then in accordance with 10 Del. Code. Section 4913, eighty-five percent (85%) of the amount of the wages are exempt from garnishment, if such Defendant resided in the State of Delaware at the time he or she performed the labor or services for which the wages are owed.

As of September 9, 2006, the unpaid amount of the Judgment including interest, but excluding costs, is the sum of $152,089.05, excluding costs.  Plaintiff's counsel will provide an updated payoff upon request.

See GARNISHEE INFORMATION, attached hereto, for applicable restrictions.

DATED:  This _____ day of _____, 2006, Wilmington, Delaware.


BY THE COURT

_____

## GARNISHEE INFORMATION

MAKING A DISCLOSURE:  A DISCLOSURE is a Statement by you as to whether you have any money, funds, wages, fees, income, rent, dividends, interest, charges, goods, stocks, bonds, or other property or effects that is due to the DEFENDANTS, or any of the DEFENDANTS, that can be garnished.  This can be done by filing with the Court and sending to the Plaintiff's attorney, a Statement indicating the same.

FINAL PAYMENT:  Prior to making the final payment of any monies that you might owe to any of the DEFENDANTS, you should contact the Plaintiff's attorney in order to obtain the final payoff amount.

AMERICANS WITH DISABILITIES ACT:  In accordance with the Americans with Disabilities Act if you require an accommodation or assistance, please contact the District Court Administration Office at 302-573-6176 at least ten (10) working days in advance of your hearing or appointment date.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

JATSB, LLC, a Delaware Limited Liability )
Company,                                 )
                                         )
                  Plaintiff              )
                                         )        No. 06-mc-141-KAJ
v.                                       )
                                         )
TIMESHARE BEAT, INC., ROD HACKMAN,       )
individually and as an officer of Timeshare Beat, )
Inc. and ANDREA HACKMAN, individually and )
as an officer of Timeshare Beat, Inc.,   )
                                         )
                  Defendants.

<u>**GARNISHEE SUMMONS**</u>

TO:  ANY PERSON AUTHORIZED TO MAKE SERVICE

You are commanded to serve and leave a true and attested copy of this Summons and

Order with the above-named Garnishee at the following address:

Fairfield Resorts, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

You, As Garnishee, are hereby SUMMONED and required to appear personally before the Honorable Kent A. Jordan, U.S. District Court of Delaware in Courtroom _____  in the J. Caleb Boggs Federal Building, 844 King Street Wilmington, Delaware 19801, at _____a.m. on _____, 2006.

**OR, ALTERNATIVELY**, you are ORDERED to file a written disclosure in the above entitled Court, and serve a copy on the Plaintiff's counsel within twenty (20) days after service of this Summons upon you, exclusive of the date of service.

**If you choose to file a disclosure instead of appearing, then your disclosure must be made under Oath, and it must meet the requirements set forth below.**

**Hereinafter, the word "Defendant" shall refer to any one of the following: TIMESHARE BEAT, INC., ROD HACKMAN, individually and/or as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and/or as an officer of Timeshare Beat, Inc.**

**Hereinafter, the word "Defendants" shall refer to all of the following: TIMESHARE BEAT, INC., ROD HACKMAN, individually and/or as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and/or as an officer of Timeshare Beat, Inc.**

If you possess, or at or since the time of service of this Garnishee Summons upon you, you possessed, any monies, funds, wages, fees, income, rent, dividends, interest, charges, goods, stocks, bonds, or other property or effects that, directly or indirectly, belong to the Defendants or any of them, then your disclosure must state the nature, amount and value thereof, and you are HEREBY ORERED to hold and secure therefrom, from the time of the service of this Summons, and until further order by this Court, and from any of the same that come into your possession

after service of this Summons, and until further notice of this Court, an amount of money, which shall not exceed the unpaid principal amount of the Judgment and interest accrued thereon, in favor of Plaintiff, JATSB, LLC, a Delaware Limited Liability Company.

If you are, or if at any time since the date of service of this Garnishee Summons, you were, indebted to the Defendants or any of them, for any fees, wages, income, rent, dividends, interest, charges, or otherwise, then your disclosure must state the nature, amount and value thereof, and your are HEREBY ORERED to hold and secure from the amount owed, and from any amount for which you become indebted to any of them after service of this Summons, until further order by this Court, an amount of money, which shall not exceed the unpaid principal amount of the Judgment and interest thereon, in favor of Plaintiff, JATSB, LLC, a Delaware Limited Liability Company.

If your debt to either of the individual Defendants is for wages, then in accordance with 10 Del. Code. Section 4913, eighty-five percent (85%) of the amount of the wages are exempt from garnishment, if such Defendant resided in the State of Delaware at the time he or she performed the labor or services for which the wages are owed.

As of September 9, 2006, the unpaid amount of the Judgment including interest, but excluding costs, is the sum of $152,089.05, excluding costs.  Plaintiff's counsel will provide an updated payoff upon request.

See GARNISHEE INFORMATION, attached hereto, for applicable restrictions.

DATED:  This _____ day of _____, 2006, Wilmington, Delaware.


BY THE COURT

_____

## GARNISHEE INFORMATION

MAKING A DISCLOSURE:  A DISCLOSURE is a Statement by you as to whether you have any money, funds, wages, fees, income, rent, dividends, interest, charges, goods, stocks, bonds, or other property or effects that is due to the DEFENDANTS, or any of the DEFENDANTS, that can be garnished.  This can be done by filing with the Court and sending to the Plaintiff's attorney, a Statement indicating the same.

FINAL PAYMENT:  Prior to making the final payment of any monies that you might owe to any of the DEFENDANTS, you should contact the Plaintiff's attorney in order to obtain the final payoff amount.

AMERICANS WITH DISABILITIES ACT:  In accordance with the Americans with Disabilities Act if you require an accommodation or assistance, please contact the District Court Administration Office at 302-573-6176 at least ten (10) working days in advance of your hearing or appointment date.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JATSB, LLC, a Delaware Limited Liability Company, | ) ) ) | |
| Plaintiff | ) ) | No. 06-mc-141-KAJ |
| v. | ) ) | |
| TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., | ) ) ) ) ) | |
| Defendants. | | |

## <u>GARNISHEE SUMMONS</u>

TO:  ANY PERSON AUTHORIZED TO MAKE SERVICE

You are commanded to serve and leave a true and attested copy of this Summons and

Order with the above-named Garnishee at the following address:

> Starwood Hotels & Resorts
> c/o The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, DE  19801

You, As Garnishee, are hereby SUMMONED and required to appear personally before the Honorable Kent A. Jordan, U.S. District Court of Delaware in Courtroom _____ in the J. Caleb Boggs Federal Building, 844 King Street Wilmington, Delaware 19801, at _____a.m. on _____, 2006.

**OR, ALTERNATIVELY**, you are ORDERED to file a written disclosure in the above entitled Court, and serve a copy on the Plaintiff's counsel within twenty (20) days after service of this Summons upon you, exclusive of the date of service.

**If you choose to file a disclosure instead of appearing, then your disclosure must be made under Oath, and it must meet the requirements set forth below.**

**Hereinafter, the word "Defendant" shall refer to any one of the following: TIMESHARE BEAT, INC., ROD HACKMAN, individually and/or as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and/or as an officer of Timeshare Beat, Inc.**

**Hereinafter, the word "Defendants" shall refer to all of the following: TIMESHARE BEAT, INC., ROD HACKMAN, individually and/or as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and/or as an officer of Timeshare Beat, Inc.**

If you possess, or at or since the time of service of this Garnishee Summons upon you, you possessed, any monies, funds, wages, fees, income, rent, dividends, interest, charges, goods, stocks, bonds, or other property or effects that, directly or indirectly, belong to the Defendants or any of them, then your disclosure must state the nature, amount and value thereof, and you are HEREBY ORERED to hold and secure therefrom, from the time of the service of this Summons, and until further order by this Court, and from any of the same that come into your possession

after service of this Summons, and until further notice of this Court, an amount of money, which shall not exceed the unpaid principal amount of the Judgment and interest accrued thereon, in favor of Plaintiff, JATSB, LLC, a Delaware Limited Liability Company.

If you are, or if at any time since the date of service of this Garnishee Summons, you were, indebted to the Defendants or any of them, for any fees, wages, income, rent, dividends, interest, charges, or otherwise, then your disclosure must state the nature, amount and value thereof, and your are HEREBY ORERED to hold and secure from the amount owed, and from any amount for which you become indebted to any of them after service of this Summons, until further order by this Court, an amount of money, which shall not exceed the unpaid principal amount of the Judgment and interest thereon, in favor of Plaintiff, JATSB, LLC, a Delaware Limited Liability Company.

If your debt to either of the individual Defendants is for wages, then in accordance with 10 Del. Code. Section 4913, eighty-five percent (85%) of the amount of the wages are exempt from garnishment, if such Defendant resided in the State of Delaware at the time he or she performed the labor or services for which the wages are owed.

As of September 9, 2006, the unpaid amount of the Judgment including interest, but excluding costs, is the sum of $152,089.05, excluding costs.  Plaintiff's counsel will provide an updated payoff upon request.

See GARNISHEE INFORMATION, attached hereto, for applicable restrictions.

DATED:  This _____ day of _____, 2006, Wilmington, Delaware.


BY THE COURT

_____

## GARNISHEE INFORMATION

MAKING A DISCLOSURE:  A DISCLOSURE is a Statement by you as to whether you have any money, funds, wages, fees, income, rent, dividends, interest, charges, goods, stocks, bonds, or other property or effects that is due to the DEFENDANTS, or any of the DEFENDANTS, that can be garnished.  This can be done by filing with the Court and sending to the Plaintiff's attorney, a Statement indicating the same.

FINAL PAYMENT:  Prior to making the final payment of any monies that you might owe to any of the DEFENDANTS, you should contact the Plaintiff's attorney in order to obtain the final payoff amount.

AMERICANS WITH DISABILITIES ACT:  In accordance with the Americans with Disabilities Act if you require an accommodation or assistance, please contact the District Court Administration Office at 302-573-6176 at least ten (10) working days in advance of your hearing or appointment date.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

———————————————————————————

| | | |
|---|---|---|
| JASTB, LLC, a Delaware Limited Liability Company, | ) ) ) | |
| Plaintiff | ) ) ) | Civil Action No. 06-mc-141-KAJ |
| v. | ) ) | |
| TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., | ) ) ) ) ) ) | |
| Defendants. | | |

———————————————————————————

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Plaintiff's Ex Parte Motion to Amend the Caption, it is hereby ORDERED that the MOTION is GRANTED, and it is further ORDERED as follows:

1. The style of this case hereby is amended to read as follows: "JATSB, LLC, a Delaware Limited Liability Company, Plaintiff, the TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., Defendants."

2. The Garnishee Summonses to be issued pursuant to this Court's Order dated September 15, 2005 shall be corrected accordingly.

_____
United States District Judge