IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASTB, LLC, a Delaware Limited Liability Company, </br></br> Plaintiff </br></br> v. </br></br> TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 06-mc-141-KAJ |

**ORDER**

AND NOW, this 22nd day of Sept., 2006, upon consideration of the Plaintiff's Ex Parte Motion to Amend the Caption, it is hereby ORDERED that the MOTION is GRANTED, and it is further ORDERED as follows:

1. The style of this case hereby is amended to read as follows: "JATSB, LLC, a Delaware Limited Liability Company, Plaintiff, the TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., Defendants."

2. The Garnishee Summonses to be issued pursuant to this Court's Order dated September 15, 2005 shall be corrected accordingly.

_____
United States District Judge