IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASTB, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff <br><br> v. <br><br> TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., <br><br> Defendants. | ) ) ) ) ) ) ) No. 06-mc-141-KAJ ) ) ) ) ) ) ) ) |

### AFFIDAVIT OF SERVICE OF GARNISHEE SUMMONS

COMMONWEALTH OF PENNSYLVANIA      :
                                  : SS
COUNTY OF CHESTER                 :

The undersigned hereby deposes and says that Garnishee Summons in the above-captioned matter was served upon the following on September 27th, 2006 by personal service:

  Global Hyatt Corporation
  c/o Corporation Service Company
  2711 Centerville Road, Suite 400
  Wilmington, DE 19808

Sworn to and subscribed
before me this 28th day of
September, 2006.

*/s/ Deborah A. McCrain*
Notary Public

NOTARIAL SEAL
DEBORAH A. McCRAIN, Notary Public
West Chester Borough, Chester County
My Commission Expires October 18, 2008

FILED
OCT 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE