## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASTB, LLC, a Delaware Limited Liability Company, | )<br>)<br>) |
| Plaintiff | )<br>)<br>)  No. 06-mc-141-KAJ |
| v. | )<br>) |
| TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### AFFIDAVIT OF SERVICE OF GARNISHEE SUMMONS

COMMONWEALTH OF PENNSYLVANIA  :
                              : SS
COUNTY OF CHESTER             :

The undersigned hereby deposes and says that Garnishee Summons in the above-captioned matter was served upon the following on September 27TH, 2006 by personal service:

> Fairfield Resorts, Inc.
> c/o Corporation Service Company
> 2711 Centerville Road, Suite 400
> Wilmington, DE 19808

Sworn to and subscribed before me this 27th day of September, 2006.

_Deborah A. McCrain_
Notary Public

NOTARIAL SEAL
DEBORAH A. McCRAIN, Notary Public
West Chester Borough, Chester County
My Commission Expires October 18, 2008



FILED
OCT 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE