IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JATSB, LLC, a Delaware Limited Liability Company | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | No. 06-mc-141-KAJ |
| | : | |
| TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc. | : | |
|     Defendant. | : | |

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Plaintiff, JATSB, LLC, a Delaware Limited Liability Company, in the above-captioned matter.

/S/ Brian E. Lutness
BRIAN E. LUTNESS
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE  19805
(302) 888-2900
Attorney for Defendants
I.D. No.:  3572

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JATSB, LLC, a Delaware Limited Liability Company | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | No. 06-mc-141-KAJ |
| | : | |
| TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc. | : | |
|     Defendant. | : | |

**CERTIFICATE OF SERVICE**

    I, Brian E. Lutness, Esquire, do hereby certify that I have E-filed at 1010 N. Bancroft Parkway, Suite 22, Wilmington, Delaware on this 20th day of October, 2006 two copies of the Entry of Appearance on Behalf of the Plaintiff:

Global Hyatt Corporation
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Shell Vacations L.L.C.
c/o Lexis Document Services, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Fairfield Resorts, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Starwood Hotels & Resorts
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Jeffrey P. Bryman
Tupitza & Bryman, P.C.
212 West Gay Street
West Chester, PA 19380


/S/ Brian E. Lutness
BRIAN E. LUTNESS
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE  19805
(302) 888-2900
Attorney for Defendants
I.D. No.: 3572