IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JATSB, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Misc. Action No. 06-141-***-MPT |
| | ) |
| TIMESHARE BEAT INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this **24th** day of **January, 2008**,

IT IS HEREBY ORDERED that plaintiff shall submit a status report to the Court on or before February 1, 2008.

UNITED STATES MAGISTRATE JUDGE